**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:96-CR-008-1**
**and**
**3:94cr155-5**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **PATRICK LYDELL GLENN** | ) | |
| _____ | ) | |

      **THIS MATTER IS BEFORE THE COURT** upon defendant's Motion for Early Termination from Supervised Release filed on June 14, 2016. For cause shown, the motion is GRANTED effective the date of the signing of this Order.

      **IT IS SO ORDERED.**

Signed: June 14, 2016

Graham C. Mullen
United States District Judge